**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 30, 2009

Charles R. Fulbruge III
Clerk

No. 08-30905
Summary Calendar

WOODY VOINCHE

Plaintiff - Appellant

v.

UNITED STATES DISTRICT COURT; FBI; ROBERT MUELLER

Defendants - Appellees

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:08-CV-45

Before REAVLEY, WIENER, and PRADO, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed for the reasons given by the ruling of that court.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.